## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **SYMBOLY INNOVATIONS, LLC,**<br><br>              Plaintiff,<br><br>v.<br><br>**BOUNCE ENERGY, INC., ET AL,**<br><br>              Defendants. | **Civil Action No. 2:17-cv-00784-JRG-RSP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

### JOINT NOTICE OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant CITGO Petroleum Corporation ("CITGO"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss all of Symbology's claims WITH PREJUDICE and all of CITGO's counterclaims WITHOUT PREJUDICE, with each party to bear its own costs and attorneys' fees.

Dated: May 8, 2018

Respectfully submitted,

/s/ *Thomas C. Wright*
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS, LLC**

-and-

/s/ *David B. Conrad*
Neil J. McNabnay
Texas Bar No. 24002583
David B. Conrad
Texas Bar No. 24049042
Theresa M. Dawson
Texas Bar No. 24065128
Fish & Richardson, PC
1717 Main Street, Suite 5000
Dallas, Texas  75201
Telephone: (214) 747-5070
Fax: (214) 747-2091
mcnabnay@fr.com
conrad@fr.com
tdawson@fr.com

**ATTORNEYS FOR DEFENDANT
CITGO PETROLEUM CORPORATION**

**CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8th day of May, 2018.

                                                  */s/ Thomas C. Wright*
                                                  Thomas Wright