**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

**SYMBOLOGY INNOVATIONS, LLC,**

                Plaintiff,

      v.

**BOUNCE ENERGY, INC., ET AL,**

              Defendants.

**Civil Action No. 2:17-cv-00784-JRG-RSP**

**CONSOLIDATED LEAD CASE**

**JURY TRIAL DEMANDED**

<u>**JOINT NOTICE OF DISMISSAL**</u>

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Cooper Bussmann, LLC ("Cooper"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss all of Symbology's claims WITH PREJUDICE and all of Cooper's counterclaims WITHOUT PREJUDICE, with each party to bear its own costs and attorneys' fees.

Dated: May 8, 2018                        Respectfully submitted,


                                          /s/ Thomas C. Wright
                                          Thomas C. Wright
                                          Texas Bar No. 24028146
                                          Alex J. Whitman
                                          Texas Bar No. 24081210
                                          Cunningham Swaim, LLP
                                          7557 Rambler Road, Suite 400
                                          Dallas, TX 75231
                                          Telephone: (214) 646-1495
                                          Fax: (214) 613-1163
                                          twright@cunninghamswaim.com
                                          awhitman@cunninghamswaim.com

                                          **ATTORNEYS FOR PLAINTIFF**
                                          **SYMBOLOGY INNOVATIONS, LLC**

                                            -and-


                                          /s/ David B. Conrad
                                          Neil J. McNabnay
                                          Texas Bar No. 24002583
                                          David B. Conrad
                                          Texas Bar No. 24049042
                                          Theresa M. Dawson
                                          Texas Bar No. 24065128
                                          Fish & Richardson, PC
                                          1717 Main Street, Suite 5000
                                          Dallas, Texas  75201
                                          Telephone: (214) 747-5070
                                          Fax: (214) 747-2091
                                          mcnabnay@fr.com
                                          conrad@fr.com
                                          tdawson@fr.com


                                          **ATTORNEYS FOR DEFENDANT**
                                          **COOPER BUSSMANN, LLC**

## **CERTIFICATE OF SERVICE**

 I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8th day of May, 2018.

/s/ Thomas C. Wright
Thomas Wright
