THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC,<br><br>                Plaintiff,<br>v.<br><br>BOUNCE ENERGY, INC., ET AL,<br><br>                Defendants. | Civil Action No. 2:17-cv-00784-JRG-RSP<br><br>CONSOLIDATE LEAD CASE<br><br>JURY TRIAL DEMANDED |

**JOINT NOTICE OF DISMISSAL**

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant Bounce Energy, Inc. ("Bounce"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to dismiss all of Symbology's claims WITH PREJUDICE and all of Bounce's counterclaims WITHOUT PREJUDICE, with each party to bear its own costs and attorneys' fees.

Dated: May 8, 2018                                             Respectfully submitted,

/s/ *Thomas C. Wright*
Thomas C. Wright
Texas Bar No. 24028146
Alex J. Whitman
Texas Bar No. 24081210
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
Telephone: (214) 646-1495
Fax: (214) 613-1163
twright@cunninghamswaim.com
awhitman@cunninghamswaim.com

**ATTORNEYS FOR PLAINTIFF**
**SYMBOLOGY INNOVATIONS, LLC**

-and-

/s/ *Shaun W. Hassett*
Shaun W. Hassett
Texas Bar No. 24074372
Kuan-Chieh Tu
Texas Bar No. 24090443
McGuire Woods, LLP
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: (214) 932-6400
Fax: (214) 273-7475

**ATTORNEYS FOR DEFENDANT**
**BOUNCE ENERGY, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service are being notified of the filing of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8th day of May, 2018.

/s/ *Thomas C. Wright*
Thomas Wright